UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DOUGLAS HARRY WARRENBACK,<br><br>Petitioner,<br><br>v.<br><br>D.W. NEVEN, et al.,<br><br>Respondents. | Case No. 2:15-cv-01789-APG-VCF<br><br>ORDER |

This habeas matter comes before the court on petitioner's motion to extend time to pay the filing fee.  Good cause appearing,

**IT IS ORDERED** that petitioner's motion to extend time to pay the filing fee (Dkt. #5) is **GRANTED**.  While petitioner should have the $5.00 filing fee sent to the Clerk as soon as possible, he shall have an additional **sixty (60) days** from the date this order is **ENTERED** to do so.  Failure to do so may result in the dismissal of this action.

DATED: 10 November 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1