UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DOUGLAS HARRY WARENBACK,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>D.W. NEVEN, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:15-cv-01789-APG-VCF<br><br>ORDER |

Habeas petitioner Douglas Harry Warenback has filed a motion for extension of time and a motion for leave to refer to respondents' exhibits. Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time to file an amended petition (ECF No. 35) is **GRANTED**. Warenback shall file and serve his amended petition **on or before April 14, 2017**.

**IT IS FURTHER ORDERED** that petitioner's motion for leave to refer to the exhibits already on file in this case (ECF No. 36) is **GRANTED**. Petitioner shall refer to the exhibits already filed by respondents by exhibit number, if possible, or by ECF number.

DATED: 1 March 2017.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE