# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DOUGLAS HARRY WARENBACK,<br><br>　　　　Petitioner,<br>　v.<br>D.W. NEVEN, et al.,<br><br>　　　　Respondents. | Case No. 2:15-cv-01789-APG-VCF<br><br>**ORDER** |

This *pro se* habeas matter under 28 U.S.C. § 2254 comes before the court on petitioner's motion to file a supplement to his opposition to respondents' motion to dismiss (ECF No. 45). The proposed supplement begins at page 2 of ECF No. 45. Respondents have not yet filed their reply in support of the motion to dismiss and have filed a motion for extension of time to file the reply. Especially in light of the fact that respondents will have the opportunity to reply to both Warenback's opposition and supplement, Warenback's motion is granted. The court shall also grant respondents additional time to file their reply.

**IT IS THEREFORE ORDERED** that petitioner's motion to file a supplement to his opposition to the motion to dismiss (ECF No. 45) is **GRANTED**.

**IT IS FURTHER ORDERED** the Clerk **SHALL DETACH** and **FILE** ECF No. 45, pp. 2-7 as petitioner's supplemental opposition to the motion to dismiss.

**IT IS FURTHER ORDERED** that respondents' motion to extend time to file their motion to dismiss (ECF No. 41) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that respondents' motion to extend time to file their reply in support of the motion to dismiss (ECF No. 44) is **GRANTED**. Respondents shall file their reply within **thirty (30) days** of the date of this order.

DATED: 25 May 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE