# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS HARRY WARENBACK,<br><br>        Petitioner,<br>v.<br>D.W. NEVEN, et al.,<br><br>        Respondents. | Case No. 2:15-cv-01789-APG-VCF<br><br>**ORDER** |

This *pro se* habeas matter under 28 U.S.C. § 2254 comes before the court on petitioner Douglas Harry Warenback's four motions to file sur-replies or supplements to his opposition to respondents' motion to dismiss (ECF Nos. 51, 54, 55, 57). Respondents oppose (ECF Nos. 53, 56, 58). Warenback's motions shall be denied.

This court has already granted Warenback leave to file a supplement to his opposition to the motion to dismiss (*see* ECF Nos. 46, 47). The court allowed the supplement in part because at that time respondents had not yet filed their reply in support of the motion to dismiss. Respondents have now replied, and Warenback persists in filing serial motions to supplement his opposition. Further, the court has reviewed the proposed supplements, and they do not provide new support for petitioner's arguments. No further supplements to the briefing of the motion to dismiss shall be permitted; the motion stands briefed and ready for this court's decision.

**IT IS THEREFORE ORDERED** that petitioner's four motions to file additional supplements to his opposition to the motion to dismiss (ECF Nos. 51, 54, 55, 57) are all **DENIED**.

**IT IS FURTHER ORDERED** that respondents' motion to extend time to respond to the motion to supplement (ECF No. 52) is **GRANTED** *nunc pro tunc*.

Dated: November 17, 2017.

                                                                                      _____
                                                                                       ANDREW P. GORDON
                                                                                       UNITED STATES DISTRICT JUDGE